## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA BOSCH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-1408 |
| SUSAN BALL-KELL and DONALD RAGER, | ) |
| Defendant. | ) |

## O R D E R

Defendants have a Counterclaim that was not expressly addressed during the trial in this matter. In their Counterclaim, Defendants sought a declaratory judgment that: (1) Defendants did not infringe the registered teaching materials; (2) Plaintiff did not own all right, title, and interest in the registered teaching materials; or (3) any contributions that Plaintiff made to the teaching materials were made pursuant to a requirement of her employment as a professor at UICOM-P. After considering the positions of the parties in the context of the jury's verdicts at trial, the Court now finds that Defendants' Counterclaim was effectively resolved by the jury's verdicts.

With respect to the portion of the Counterclaim seeking a declaratory judgment that Defendants did not infringe the registered teaching materials, the verdicts make clear that declaratory judgment should be entered in favor of Defendants. With respect to the portion of the Counterclaim seeking a declaratory judgment that Plaintiff did not own all right, title, and interest in the registered teaching materials, the verdicts make clear that declaratory judgment should be entered in favor of Plaintiff with respect to copyright registration nos. Txul-114-605 and Txul-011-817 and in favor of Defendants with respect to copyright

registration no. Txul-113-011. With respect to the portion of the Counterclaim seeking a declaratory judgment that any contributions made by Plaintiff to the teaching materials were made pursuant to a requirement of her employment at UICOM-P, the verdicts establish that the request is moot with respect to copyright registration no. Txul-113-011 and that declaratory judgment should be entered in favor of Plaintiff with respect to copyright registration nos. Txul-114-605 and Txul-011-817.

The Clerk's Office is now directed to enter judgment consistent with this order and the jury verdicts in this case, plus costs of suit.

ENTERED this 20th day of March, 2007.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge
